### Albert SMITH v. STATE.
No. 14648.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Homer SMITH v. STATE.
No. 14531.

Court of Criminal Appeals of Texas.
June 24, 1931.

Rehearing Denied Oct. 21, 1931.

J. A. Carlisle, of Sherman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The unlawful possession of intoxicating liquor for the purpose of sale is the offense; penalty assessed at confinement in the penitentiary for one year.

The indictment appears regular. The record is before this court without statement of facts and bills of exception. No fundamental error has been perceived or pointed out.

The judgment is affirmed.

On Motion for Rehearing.

LATTIMORE, J.

In spite of the fact that the record here contains neither bills of exception nor statement of facts, appellant makes a sworn motion for rehearing setting up, as to the statement of facts, that he requested the court reporter to prepare such statement, and relied on him to prepare and file same. This is no showing of diligence in the preparation and filing of statement of facts, and presents no excuse for the failure to have same prepared.

The motion for rehearing will be overruled.

### J. H. SMITH v. STATE.
No. 14448.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Morrow & Clarke, of Hillsboro, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

Upon the written request of appellant, duly verified by affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.